IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM H. EPPERSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.                                            CASE NO. 1D13-5820

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 12, 2014.

An appeal from an order of the Circuit Court for Leon County.
John C. Cooper, Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.